PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

AUG 05 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACK HAMILTON FELLOWS, <br><br> Defendant. | CASE NO. 1:21-CR-00201-NONE-SKO <br><br> 18 U.S.C. § 2261(a)(1) – Interstate Domestic Violence (Counts One and Two); <br><br> 18 U.S.C. § 113(a)(4) – Assault by Striking, Beating or Wounding (Count Three); <br><br> 18 U.S.C. § 113(a)(8) – Assault by Strangulation (Count Four) |

# INDICTMENT

COUNT ONE: [18 U.S.C. § 2261(a)(1) - Interstate Domestic Violence]

The Grand Jury charges: T H A T

JACK HAMILTON FELLOWS,

defendant herein, on or about April 22, 2021, in the State and Eastern District of California, while present within the special maritime and territorial jurisdiction of the United States, with the intent to injure, harass, and intimidate L.M., an intimate partner and dating partner of said defendant, and, while in the course of and as a result of said presence, committed and attempted to commit a crime of violence against L.M., to wit: assault by striking, beating and wounding L.M., in violation of Title 18, United States Code, Section 113(a)(4)), all in violation of Title 18, United States Code, Section 2261(a)(1).

INDICTMENT

1

1  COUNT TWO: [18 U.S.C. § 2261(a)(1) - Interstate Domestic Violence]

2      The Grand Jury charges: T H A T

3                      JACK HAMILTON FELLOWS,

4  defendant herein, on or about April 24, 2021, in the State and Eastern District of California, while

5  present within the special maritime and territorial jurisdiction of the United States, with the intent to

6  injure, harass, and intimidate L.M., an intimate partner and dating partner of said defendant, and, while

7  in the course of and as a result of said presence, committed and attempted to commit a crime of violence

8  against L.M., to wit: assault by strangulation, in violation of Title 18, United States Code, Section

9  113(a)(8)), all in violation of Title 18, United States Code, Section 2261(a)(1).

10 COUNT THREE: [18 U.S.C. § 113(a)(4) – Assault By Striking, Beating and Wounding]

11     The Grand Jury further charges: T H A T

12                     JACK HAMILTON FELLOWS,

13 defendant herein, on or about April 22, 2021, in Yosemite National Park, in the State and Eastern

14 District of California, in the special maritime and territorial jurisdiction of the United States, did assault

15 victim L.M. by striking, beating and wounding L.M., in violation of Title 18, United States Code,

16 Section 113(a)(4).

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

INDICTMENT                              2

COUNT FOUR: [18 U.S.C. § 113(a)(8) – Assault By Strangulation]

The Grand Jury further charges: T H A T

JACK HAMILTON FELLOWS,

defendant herein, on or about April 24, 2021, in Yosemite National Park, in the State and Eastern District of California, in the special maritime and territorial jurisdiction of the United States, did intentionally assault L.M., an intimate partner and dating partner of said defendant, by strangling L.M., in violation of Title 18, United States Code, Section 113(a)(8).

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

**HENRY Z. CARBAJAL for**
_____
KIRK E. SHERRIFF
Assistant U.S. Attorney
Chief, Fresno Branch Office

INDICTMENT

3

No. _____

SEALED

FILED

# UNITED STATES DISTRICT COURT

AUG 05 2021

*Eastern District of California*

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

1:21-CR-00201-NONE-SKO

### JACK HAMILTON FELLOWS

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2261(a)(1) – Interstate Domestic Violence (Counts One and Two);
18 U.S.C. § 113(a)(4) – Assault by Striking, Beating or Wounding (Count Three);
18 U.S.C. § 113(a)(8) – Assault by Strangulation (Count Four)

*A true bill,*

/s/
_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, *A.D.* 20\_\_\_\_\_

_____
*Clerk.*

*Bail, $* \_\_\_ ISSUE NO BAIL WARRANT

_____
STANLEY A. BOONE, U. S. Magistrate Judge

GPO 863 525

AO 257 (Rev. 9/92)

| ☐ YES: SAB conflict in USAO (before 01/01/13) | ☐ YES: SKO conflict in USAO (Before 4/12/10) | PER 18 U.S.C. 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION --- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: **Yosemite National Park**

U.S.C. Citation: Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
EDCA
**Fresno, CA**

**DEFENDANT --- U.S. vs.**
► JACK HAMILTON FELLOWS

Address:

Birth Date:
☐ Male  ☐ Female   ☐ Alien (if applicable)
(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
**NPS – SA Cullen Tucker**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **Melina Ortiz**

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **Antonio Pataca**

☐ FORFEITURE ALLEGATION

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☒ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☒ No
If "Yes," give date filed: Mo. Day Year

DATE OF ARREST ►
Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY ⇨

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

Penalties: See Penalty Slip. Please issue no bail warrant.

## PENALTY SLIP

## JACK HAMILTON FELLOWS

**COUNTS ONE AND TWO:**

    VIOLATION:    18 U.S.C. § 2261(a)(1) – Interstate Domestic Violence

    PENALTY:    5 years maximum term of imprisonment
                      $250,000 Fine
                      3 yrs. supervised release
                      $100 special assessment

**COUNT THREE:**

    VIOLATION:    18 U.S.C. § 113(a)(4) – Assault by striking, beating, and wounding

    PENALTY:    1 year maximum term of imprisonment
                      $100,000 Fine
                      1 year supervised release
                      $25 special assessment

**COUNT FOUR:**

    VIOLATION:    18 U.S.C. § 113(a)(8) – Assault by strangulation

    PENALTY:    10 years maximum term of imprisonment
                      $250,000 Fine
                      3 yrs. supervised release
                      $100 special assessment