UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 21-2705-JCB |
| | ) |
| JACK HAMILTON FELLOWS, | ) |
| Defendant | ) |

### AFFIDAVIT OF OUTSTANDING ARREST WARRANT
### PURSUANT TO FED. R. CRIM. P. 5(c)(3)

I, Joshua Loufik, Deputy United States Marshal, United States Marshals Service, do hereby make oath before the Honorable Jennifer C. Boal, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one JACK HAMILTON FELLOWS issued by the United States District Court for the Eastern District of California on or about August 9, 2021, for interstate domestic violence, in violation of Title 18, United States Code, Section 2261(a)(1); assault by striking, beating, or wounding, in violation of Title 18, United States Code, Section 113(a)(4); and assault by strangulation, in violation of Title 18, United States Code, Section 113(a)(8). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Joshua Loufik
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me this 11th day of August, 2021.

The Honorable Jennifer C. Boal
United States Magistrate Judge